JS 44 (Rev. 1/2013)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
IN RE: ERIC RICHMOND. 2107 Regent Place
Brooklyn, NY 11226 646-256-9613

## DEFENDANTS
JUDGE CARLA CRAIG

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

cv16  3628  COGAN, J.

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☒ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
"WRIT OF PROHIBITION"
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE BMC-SMG  DOCKET NUMBER PLEASE SEE ATTACHED

DATE 06/28/2016
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

## CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.10 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

I, _____, counsel for _____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☐ monetary damages sought are in excess of $150,000, exclusive of interest and costs,

☐ the complaint seeks injunctive relief,

☐ the matter is otherwise ineligible for the following reason

### DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

### RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

### NY-E DIVISION OF BUSINESS RULE 50.1(d)(2)

1.) Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County: NO

2.) If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County? NO

b) Did the events of omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District? YES

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?_____
(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).

### BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.
☐ Yes   ☐ No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?
☐ Yes   (If yes, please explain)   ☐ No

I certify the accuracy of all information provided above.

Signature:_____

# Select A Case

**Eric H. Richmond is a plaintiff in 2 cases.**

<u>1:16-cv-02979-BMC-SMG</u>   Richmond v. Craig et al   filed 06/03/16   closed 06/20/16

<u>1:16-cv-03149-BMC-SMG</u>   Richmond v. Craig et al   filed 06/03/16   closed 06/20/16

# 1:16-cv-00422-BMC Richmond et al v. P.B. #7, LLC
Brian M. Cogan, presiding
Date filed: 01/27/2016
Date terminated: 02/19/2016
Date of last filing: 04/11/2016

Mobile Query

**Query**

Alias
Associated Cases
Attorney
Calendar - Monthly...
Assignment History
Case File Location...
Case Summary
Corporate Parents
Deadlines/Hearings...
Docket Report ...
Filers
History/Documents...
Judge

Motions Report...
Party
Related Transactions...
MDL Case Report
Speedy Trial
Status
View a Document

## Selection Criteria for Query

| Name Criteria | eric richmond |
|---|---|
| Name Matched | Eric H. Richmond |

# Select A Case

**Eric H. Richmond is a debtor in 5 cases.**

| | | | |
|---|---|---|---|
| 1:14-cv-05957-BMC | Richmond et al v. PB#7, LLC | filed 10/10/14 | closed 02/25/15 |
| 1:15-cv-00447-WFK | Richmond et al v. P.B. #7, LLC | filed 01/29/15 | closed 03/04/15 |
| 1:15-cv-05201-AMD | Richmond v. Select Portfolio Servicing, Inc. | filed 09/09/15 | closed 03/03/16 |
| 1:15-cv-06621-BMC | Richmond v. P.B. #7, LLC | filed 11/18/15 | closed 01/26/16 |
| 1:15-cv-07177-BMC | Richmond v. P.B. #7, LLC | filed 11/02/15 | closed 01/26/16 |

# Select A Case

**Eric H. Richmond is an appellant in 16 cases.**

| | | | |
|---|---|---|---|
| 1:14-cv-05957-BMC | Richmond et al v. PB#7, LLC | filed 10/10/14 | closed 02/25/15 |
| 1:14-cv-07112-BMC | Richmond v. P.B. #7, LLC | filed 12/03/14 | closed 02/25/15 |
| 1:15-cv-00447-WFK | Richmond et al v. P.B. #7, LLC | filed 01/29/15 | closed 03/04/15 |
| 1:15-cv-04628-BMC | Richmond v. P.B. #7, LLC | filed 08/07/15 | closed 10/14/15 |
| 1:15-cv-04824-BMC | Richmond v. P.B. #7, LLC | filed 08/18/15 | closed 09/21/15 |
| 1:15-cv-04825-BMC | Richmond v. P.B. #7, LLC | filed 08/18/15 | closed 08/21/15 |
| 1:15-cv-04826-BMC | Richmond v. P.B. #7, LLC | filed 08/18/15 | closed 10/14/15 |
| 1:15-cv-04980-AMD | Richmond v. Select Portfolio Servicing, Inc. | filed 08/25/15 | closed 03/03/16 |
| 1:15-cv-05201-AMD | Richmond v. Select Portfolio Servicing, Inc. | filed 09/09/15 | closed 03/03/16 |
| 1:15-cv-06621-BMC | Richmond v. P.B. #7, LLC | filed 11/18/15 | closed 01/26/16 |
| 1:15-cv-07177-BMC | Richmond v. P.B. #7, LLC | filed 11/02/15 | closed 01/26/16 |
| 1:16-cv-00422-BMC | Richmond et al v. P.B. #7, LLC | filed 01/27/16 | closed 02/19/16 |
| 1:16-cv-00424-BMC | Richmond v. PB#7, LLC | filed 01/27/16 | closed 02/19/16 |
| 1:16-cv-00564-BMC | Richmond v. P.B. #7, LLC | filed 02/03/16 | closed 02/19/16 |

Case 1:16-cv-03628-BMC-SMG Document 1-1 Filed 06/28/16 Page 7 of 7 PageID #: 41

| | | | |
|---|---|---|---|
| 1:16-cv-00565-BMC | Richmond v. P.B. #7, LLC | filed 02/03/16 | closed 02/19/16 |
| 1:16-cv-01121-BMC | Richmond et al v. P.B. #7, LLC | filed 03/08/16 | closed 06/20/16 |